# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00181-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 77) |
| OMONIYI JOHNATHAN OMOTERE, | |
| Defendant. | |

Pending before the Court is a stipulation to modify conditions of release to allow Defendant Omoniyi Johnathan Omotere to travel to San Diego, California. Docket No. 77. The parties submit that Pretrial Services has no objection to the request. *Id*. The parties ask the Court to allow Defendant to travel to San Diego, California between July 21, 2023, and July 23, 2023. *Id*.

On June 30, 2021, a grand jury sitting in Las Vegas, Nevada issued an indictment charging Defendant with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and with wire fraud in violation of Title 18, United States Code, Section 1343. Docket No. 1. On September 9, 2021, Defendant appeared before the Court for his initial appearance. Docket No. 34. Defendant was released pending trial with certain conditions, including a condition that he must not travel outside the District of Nevada except that he may travel to the Central District of California. Docket No. 39 at 3.

Trial is set for October 16, 2023. Docket No. 73.

Pursuant to Title 18, United States Code, Section 3142(c)(3), the Court may amend its release order at any time. The Court finds that Defendant has been compliant with his conditions of release thus far and that his request to travel is unopposed.

Accordingly, the Court **GRANTS** the parties' stipulation to modify conditions to allow Defendant to travel to San Diego, California. Docket No. 77. The Court modifies Defendant's travel condition to allow him to leave the District of Nevada on July 21, 2023, to travel to San

Diego, California. Defendant must return to the District of Nevada no later than 11:59 p.m. on July 23, 2023. During this time, Defendant must comply with all conditions of release and must check in with his Pretrial Services officer at least one time per day. No later than 3:00 p.m. today, July 20, 2023, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer. Defense counsel must file a notice that Defendant has complied with this requirement by 4:00 p.m. today, July 20, 2023. If Defendant fails to comply with this order, the Court will withdraw his permission to travel. Further, Defendant must provide notice to his Pretrial Services Officer upon both his departure from, and return to, the District of Nevada.

IT IS SO ORDERED.

DATED: July 20, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE