1  THE LAW OFFICE OF MACE J. YAMPOLSKY
   MACE J. YAMPOLSKY, ESQ.
2  Nevada Bar No.: 001945
   625 S. Sixth Street
3  Las Vegas, Nevada 89101
   (702) 385-9777;  Fax No. (702) 385-3001
4  *Attorney for Defendant*

5                    **UNITED STATES DISTRICT COURT**

6                         **DISTRICT OF NEVADA**

7
   UNITED STATES OF AMERICA        )    Case No.    2:21-cr-00181-GMN-DJA
8                                  )
9             Plaintiff,           )    **STIPULATION TO CONTINUE**
                                   )    **CHANGE OF PLEA** (First Request)
10                                 )
   vs.                             )
11                                 )
   OMONIYI JOHNATHAN OMOTERE,      )
12                                 )
13            Defendant.           )
   _____)
14

15        IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States

16  Attorney, by and through Kimberly Frayn, Assistant United States Attorney, and Mace Yampolsky, Esq.,
17
18  counsel for Defendant Omoniyi Johnathan Omotere, that the change of plea hearing in above-captioned

19  matter be continued and rescheduled for a period of 30 days.

20        This Stipulation is entered into for the following reasons:

21        1. Counsel for the Defendant was appointed to represent the Defendant on September 14, 2022.

22        2. Counsel for the United States will be out of the jurisdiction from December 21, 2023 to
23
24  December 28, 2023 and January 7, 2024 to January 13, 2024.

25        3. Counsel for defendant will be out of the country from December 22, 2023 to January 2,

26  2024.

27        4. Counsel for defendant will be out of the jurisdiction from January 17, 2024 to January 21,
28

1

2024.

5. Counsel for defendant will be out of the country from May 7, 2024 to May 21, 2024.

6. The Defendant is out of custody, and does not object to the continuance.

7. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence by all parties hereto.

8. This is the first stipulation to continue filed herein.

DATED this 8th day of December, 2023.

THE LAW OFFICE OF MACE J. YAMPOLSKY

*/s/ Mace J. Yampolsky, Esq*
MACE J. YAMPOLSKY, ESQ
Attorney for Defendant

OFFICE OF THE UNITED STATES ATTORNEY

*/s/ Kimberly Frayn*
KIMBERLY FRAYN
Assistant United States Attorney

THE LAW OFFICE OF MACE J. YAMPOLSKY
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 01945
625 S. Sixth St.
Las Vegas, Nevada 89101
Telephone: (702) 385-9777;
Fax: (702) 385-3001
*Attorney for Defendant OMOTERE*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:21-cr-00181-GMN-DJA |
| ) | |
| Plaintiff, ) | FINDINGS OF FACT, CONCLUSIONS OF |
| ) | LAW AND ORDER |
| vs. ) | |
| ) | |
| OMONIYI JOHNATHAN OMOTERE, ) | |
| ) | |
| Defendant. ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. A date not earlier than 30 days from the presently scheduled hearing is appropriate.

2. Counsel for the United States will be out of the jurisdiction from December 21, 2023 to December 28, 2023 and January 7, 2024 to January 13, 2024.

3. Counsel for defendant will be out of the country from December 22, 2023 to January 2, 2024.

4. Counsel for defendant will be out of the jurisdiction from December 22, 2023 to January 2, 2024.

5. Counsel for defendant will be out of the jurisdiction from January 17, 2024 to January 21, 2024.

3

6. Counsel for defendant will be out of the country from May 7, 2024 to May 21, 2024.

7. The Defendant is out of custody, and does not object to the continuance.

8. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence by all parties hereto.

9. This is the first stipulation to continue filed herein.

## CONCLUSIONS OF LAW

The defendant and the government have both signed a plea agreement. The original change of plea date interferers with the counsel for defendant's schedule.

///

///

///

## ORDER

IT IS THEREFORE ORDERED that the change of plea hearing in the above-captioned matter, currently scheduled for January 17, 2024 be vacated and continued for a period of at least 30 days.

DATED: December 11, 2023

_____
DISTRICT COURT JUDGE

Change of Plea in this matter is now set for:   December 13, 2023 at 10:00 a.m.