THE LAW OFFICE OF MACE J. YAMPOLSKY
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No. (702) 385-3001
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00181-GMN-DJA |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE SENTENCING** (Second Request) |
| vs. | ) ) | |
| OMONIYI JOHNATHAN OMOTERE, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, by and through Kimberly Frayn, Assistant United States Attorney, and Mace Yampolsky, Esq., counsel for Defendant Omoniyi Johnathan Omotere, that the sentencing in above-captioned matter be continued and rescheduled for a period of 30 days.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant was appointed to represent the Defendant on September 14, 2022.

2. The government needs time to present this case to the 5K 1 Committee.

3. The Defendant is out of custody, and does not object to the continuance.

4. The parties agree to the continuance.

5. 4.The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and

1

the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy sentencing hearing.

6. This is the second stipulation to continue the hearing.

DATED this 28th day of May, 2024.

THE LAW OFFICE OF MACE J. YAMPOLSKY

_/s/ Mace J. Yampolsky, Esq_
MACE J. YAMPOLSKY, ESQ
Attorney for Defendant

OFFICE OF THE UNITED STATES ATTORNEY

_/s/ Kimberly Frayn_
KIMBERLY FRAYN
Assistant United States Attorney

THE LAW OFFICE OF MACE J. YAMPOLSKY
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 01945
625 S. Sixth St.
Las Vegas, Nevada 89101
Telephone: (702) 385-9777;
Fax: (702) 385-3001
*Attorney for Defendant OMOTERE*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:21-cr-00181-GMN-DJA |
| | ) | |
| Plaintiff, | ) | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| OMONIYI JOHNATHAN OMOTERE, | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. A date not earlier than 30 days from the presently scheduled hearing is appropriate.

2. The government needs time to present this case to the 5K 1 Committee.

3. The Defendant is out of custody, and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy sentencing hearing.

5. This is the second stipulation to continue the hearing.

///

**ORDER**

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter, currently scheduled for June 10, 2024, at 9:00 a.m. be vacated and continued for a period of at least 30 days.

_____
DISTRICT COURT JUDGE

Sentencing in this matter is now set for: July 9, 2024 at 11:00 a.m.