JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
Kimberly M. Frayn
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Kimberly M. Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>OMONIYI JOHNATHAN OMOTERE,<br><br>Defendant. | Case No. 2:21-cr-00181-GMN-DJA<br><br>**Stipulation To Continue Sentencing Hearing**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Mace J. Yampolsky, Esq., counsel for OMONIYI JOHNATHAN OMOTERE, that the sentencing hearing in the abovementioned case, which is currently scheduled for September 11, 2024 at 9:00 a.m., be continued and reset to a date and time convenient to the Court but not earlier than 30 days from the current hearing date for the following reasons:

1. The government and defense need additional time to prepare for the sentencing hearing. The government and HSI case agents have been investigating information recently obtained that may impact the parties' positions at sentencing and

additional time is needed to complete that analysis, and file the appropriate pleadings, if necessary.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy sentencing hearing.

5. This is the fourth stipulation to continue the hearing.

DATED this 5th day of September, 2024.

JASON M. FRIERSON
United States Attorney

/s/ *Mace J. Yampolsky, Esq.*
By_____
MACE J. YAMPOLSKY, ESQ.,
Counsel for defendant Omotere

/s/ *Kimberly M. Frayn*
By_____
KIMBERLY M. FRAYN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>OMONIYI JOHNATHAN OMOTERE,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-181-GMN-DJA<br><br>**Findings of Fact, Conclusions of Law and Order** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The government and defense need additional time to prepare for the sentencing hearing. The government and HSI case agents have been investigating information recently obtained that may impact the parties' positions at sentencing and additional time is needed to complete that analysis, and file the appropriate pleadings, if necessary.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy sentencing hearing.

5. This is the fourth stipulation to continue the hearing.

## ORDER

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter, currently scheduled for September 11, 2024, at 9:00 a.m., shall be vacated and continued to ___October 23___, 2024, at the hour of __10:00__ a.m.

DATED this __6__ day of September, 2024.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE