JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
Kimberly M. Frayn
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Kimberly.M.Frayn@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>OMONIYI JOHNATHAN OMOTERE,<br><br>  Defendant. | Case No. 2:21-cr-181-GMN-DJA<br><br>**Stipulation To Continue Sentencing Hearing**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Mace J. Yampolsky, Esq., counsel for OMONIYI JOHNATHAN OMOTERE, that the sentencing hearing in the abovementioned case, which is currently scheduled for October 23, 2024 at 10:00 a.m., be continued and reset to a date and time convenient to the Court but not earlier than 60 days from the current hearing date for the following reasons:

　　　　1.　　The government and defense need additional time to prepare for the sentencing hearing. The government has been investigating newly obtained information

that may impact the parties' positions at sentencing and additional time is needed to complete the investigative process, conduct follow up analysis, and file the appropriate pleadings, if necessary.

2.  Defense counsel recently had a medical procedure that has restricted his mobility, and he needs additional time to heal before attending the sentencing hearing.

3.  Defense counsel will be out of the jurisdiction from November 18 to November 22, 2024, and from December 11 to December 21, 2024, and requests that the new hearing date not be set during that time.

4.  The defendant is not incarcerated and does not object to the continuance.

5.  The parties agree to the continuance.

6.  The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy sentencing hearing.

7.  This is the fifth stipulation to continue the hearing.

DATED this 16th day of October, 2024.

/s/ *Mace J. Yanpolsky, Esq.*
By_____
MACE J. YAMPOLSKY, ESQ.,
Counsel for defendant Omotere

JASON M. FRIERSON
United States Attorney

/s/ *Kimberly M. Frayn*
By_____
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>OMONIYI JOHNATHAN OMOTERE,<br><br>                    Defendant. | Case No. 2:21-cr-181-GMN-DJA<br><br>**Findings of Fact, Conclusions of Law, and Order** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The government and defense need additional time to prepare for the sentencing hearing. The government has been investigating newly obtained information that may impact the parties' positions at sentencing and additional time is needed to complete the investigative process, conduct follow up analysis, and file the appropriate pleadings, if necessary.

2. Defense counsel recently had a medical procedure that has restricted his mobility, and he needs additional time to heal before attending the sentencing hearing.

3. Defense counsel will be out of the jurisdiction from November 18 to November 22, 2024, and from December 11 to December 21, 2024, and requests that the new hearing date not be set during that time.

4. The defendant is not incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy sentencing hearing.

7. This is the fifth stipulation to continue the hearing.

### ORDER

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter, currently scheduled for October 23, 2024, at 10:00 a.m., shall be vacated and continued to __January 7__ , 2025, at the hour of __11:00__ a.m.

DATED this __16__ day of October 2024.

_____
HONORABLE GLORIA M. NAVARRO
United States District Court Judge